```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Ohio River Collieries Company, :

      Plaintiff,            :

  v.                              :      Case No. 2:15-cv-2810

                                    :

Ascent Resources - Utica, LLC,     Magistrate Judge Kemp
et al.,                            :

      Defendants.          :

<u>ORDER</u>

    The parties have filed a joint motion to dismiss this action pursuant to Fed.R.Civ.P. 41.  The motion sets forth good cause and the motion (Doc. 21) is therefore granted.  This case is dismissed with prejudice based on the parties' representation that all issues have been resolved.

<u>/s/ Terence P. Kemp</u>
United States Magistrate Judge